UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH BOSHELL | Case Number: 10-4464 |
| Plaintiff | |
| | CIVIL ACTION |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC. | |
| Defendant | |

## STIPULATION OF DISMISSAL

AND NOW, this 5th day of November, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Bruce K. Warren*
    Bruce K. Warren, Esquire
    Attorney for Plaintiff

Sessions, Fishman, Nathan & Israel, LLC

BY: /s/ *Ross S. Enders*
    Ross S. Enders, Esquire
    Attorney for Defendant